# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**862.2**
**CA 14-00619**
PRESENT: SCUDDER, P.J., SMITH, CENTRA, FAHEY, AND PERADOTTO, JJ.

---

CSMC 2007-C1 OSWEGO ROAD, LLC, PLAINTIFF-RESPONDENT,

V                                                                MEMORANDUM AND ORDER

KIMBROOK ROUTE 31, LLC, PHILIP J. SIMAO,
DEFENDANTS-APPELLANTS,
ET AL., DEFENDANTS.
(APPEAL NO. 2.)

---

BOND, SCHOENECK & KING, PLLC, SYRACUSE (STEPHEN A. DONATO OF COUNSEL),
FOR DEFENDANTS-APPELLANTS.

BUCHANAN INGERSOLL & ROONEY PC, BUFFALO (MAUREEN T. BASS OF COUNSEL),
FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Onondaga County
(Deborah H. Karalunas, J.), entered February 28, 2014.  The judgment
ratified and confirmed a report of a referee and ordered a foreclosure
sale.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Same Memorandum as in *CSMC 2007-C1 Oswego Rd., LLC v Kimbrook
Rte. 31, LLC* ([appeal No. 1] ___ AD3d ___ [Sept. 26, 2014]).

Entered:  September 26, 2014                    Frances E. Cafarell
                                               Clerk of the Court